**Opinion filed March 31, 2022**



In The

# Eleventh Court of Appeals

_____

## No. 11-22-00061-CR

_____

## IN RE RONNY MARK ALDRIDGE

**Original Mandamus Proceeding**

### MEMORANDUM OPINION

Relator, Ronny Mark Aldridge, has filed a pro se petition for writ of mandamus in this court. He requests mandamus relief against the "Texas Board of Pardons & Paroles" and the "Texas Department of Criminal Justice Parole Review Department." We dismiss Relator's petition for want of jurisdiction.

An intermediate court of appeals has no general writ power over a person other than certain judges "in the court of appeals district"—unless issuance of the writ is necessary to enforce the jurisdiction of the court of appeals. TEX. GOV'T CODE ANN. § 22.221(a), (b) (West Supp. 2021). Relator has not asserted that a writ of mandamus directed to the respondents named in the petition is necessary to enforce this court's jurisdiction. Furthermore, we have no general writ power over

the Texas Board of Pardons and Paroles or the Parole Review Department of the TDCJ. *See id.* § 22.221(b) (general mandamus jurisdiction over certain judges only); *In re Wilson*, No. 01-20-00557-CR, 2020 WL 6140178, at *1 (Tex. App.—Houston [1st Dist.] Oct. 20, 2020, orig. proceeding) (mem. op., not designated for publication) (holding that court of appeals had no jurisdiction to issue a mandamus against the Texas Board of Pardons and Paroles). Because we do not have jurisdiction to issue a writ of mandamus against either of the respondents named in Relator's petition, we must dismiss Relator's petition.

Accordingly, Relator's petition for writ of mandamus is dismissed for want of jurisdiction.

PER CURIAM

March 31, 2022

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.